No. 76–323. WINGATE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–326. HINSHAW *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–327. WEINSTEIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–343. JONES *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–349. GARMANY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–353. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–399. CRUMPLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–406. NAPOLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–410. UNION NACIONAL DE TRABAJADORES ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 76–412. POTITO ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 76–462. PELLICCI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–481. DUKE CITY LUMBER CO. ET AL. *v.* KNEBEL, SECRETARY OF AGRICULTURE, ET AL. C. A. D. C. Cir. Certiorari denied.